## UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## FOR THE DISTRICT OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ROSEANNIE CUFFY, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. STT-19-CV-99 |
| ) | |
| v. ) | (V.I. Super. Ct. St. Thomas/St. John |
| ) | Civ. No. ST-19-cv-502) |
| BANK OF NOVA SCOTIA ) | |
| ASCENDANCY, USVI, LLC, and ) | |
| JOHN-DOE INSURANCE CO., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Roseannie Cuffy and Defendants Bank of Nova Scotia and Ascendancy USVI LLC, ("Defendants"), by and through undersigned counsel, and hereby give notice to the Court that they have resolved all claims and issues in this case, such that this case may be dismissed with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(ii), with each party to bear their own costs and fees. A proposed order is enclosed herein for the Court's convenience.

Dated: 09/03, 2020

Respectfully submitted,

**LAW OFFICE OF CLIVE RIVERS**

BY: _____
Clive Rivers, Esq.
V.I. Bar No. 473
Law Office of Clive Rivers
8000 Nisky Center, Suite 23
St. Thomas, VI 00802
Tel: (340) 776-4666
Email: ccrivers64@gmail.com

*Attorney for Plaintiff*

*Cuffy v. Bank of Nova Scotia, et al.*
Civil No. STT-19-CV-99
Stipulation of Dismissal with Prejudice
Page 2

Dated: 9/3, 2020

                                    **DUDLEY RICH LLP**

                                    BY: _____
                                    Malorie Winne Diaz, V.I. Bar No. R2049
                                    Carol A. Rich, Esq., VI Bar No. 171
                                    5194 Dronningens Gade, Suite 3
                                    St. Thomas, Virgin Islands 00802
                                    Telephone: (340) 776-7474
                                    Email: mdiaz@dudleylaw.com
                                    Email: crich@dudleylaw.com

                                    *Counsel for Defendants*

# UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
# FOR THE DISTRICT OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ROSEANNIE CUFFY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF NOVA SCOTIA )<br>ASCENDANCY, USVI, LLC, and )<br>JOHN-DOE INSURANCE CO., )<br>)<br>Defendants. )<br>) | CIVIL NO. STT-19-CV-99<br><br>(V.I. Super. Ct. St. Thomas/St. John<br>Civ. No. ST-19-cv-502) |

## ORDER

**BEFORE THE COURT** is a Stipulation for Dismissal of all remaining claims, with prejudice, executed by all parties, pursuant to FED. R. CIV. P. 41(a)(1)(ii). The parties shall bear their own costs and fees with respect to all claims.

The Court, being advised in the premises, it is hereby

**ORDERED** that the Parties' stipulated request is **GRANTED**; and it is further

**ORDERED** that all remaining claims are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees; and it is further

**ORDERED** that copies of this Order shall be distributed to the parties' counsel of record.

DATED: _____

                                                                    United States Magistrate Judge

ATTEST:

GLENDA L. LAKE, ESQUIRE
Clerk of Court

By:_____
      Deputy Clerk